# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:16cr96/MCR

ANTHONY J. ATKINS
  a/k/a Tony Atkins
SAMUEL D. COBB
  a/k/a Sam Cobb
  and
BRUCE A. HOULE

## NOTICE OF PRIOR RELATED CASES

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies this Honorable Court, pursuant to Rule 5.6 of the Local Rules of the United States District Court, Northern District of Florida, of the existence of prior related cases.

1. On December 6, 2016, a seven count Indictment was returned in the above entitled case. (Doc. 3). This case has been assigned to Chief United States District Court Judge M. Casey Rodgers. (Doc. 3).

2. The return of this Indictment initiates the fourth criminal case in the Northern District of Florida concerning an investigation surrounding conduct at the former financial institution GulfSouth Private Bank. That is, there have been three prior criminal cases which included the following:

a. *United States v. William Blake Cody*, 3:13cr10/LAC;

b. *United States v. Mark W. Shoemaker*, 3:13cr26/MCR; and

c. *United States v. Michael Bradley Bowen*, 3:13cr27/MCR.

3. Other than the *Cody* case, all cases have been assigned to Chief United States District Court Judge M. Casey Rodgers.

WHEREFORE, the United States files this Notice of Prior Related Cases with this Honorable Court.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 193968
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed using the Court's CM/ECF system on this 10th day of December, 2016, and therefore, a copy will be emailed to counsel of record for defendant Atkins. However, notices of appearance have not been filed on behalf of defendants Cobb and Houle. Therefore, no attorney is receiving notice for Cobb and Houle at this time.

>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney