# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff

v.                                     CASE NO. 3:16CR96/RV

**BRUCE A. HOULE,**

    Defendant

_____/

## MOTION FOR CONTINUANCE

**DEFENDANT, BRUCE A. HOULE**, moves the court to continue the trial of this case, and alleges:

1. Mr. Houle was arraigned on December 8, 2016, and is scheduled for jury trial on February 6, 2017.

2. On December 27, 2016, counsel for Mr. Houle received 5 ½ banker boxes of discovery from the Government.

3. The Government is supplying additional voluminous discovery to Mr. Houle on a 250 GB hard drive.

4. Counsel for Mr. Houle is scheduled to commence a jury trial on January 3, 2017, and another jury trial on January 9, 2017.

5. Counsel cannot be prepared for jury trial on February 6, 2017.

6. Counsel has a trip scheduled from February 25, 2017, through March 5, 2017.

7. Counsel has conferred with the counsel for the other two defendants in this case who has advised counsel they need additional time to be prepared for trial and would be ready and available for trial during April 2017.

8. Counsel has also conferred with Assistant United States Attorney Tiffany Eggers who has advised counsel that she is available for trial during April 2017, and that she does not oppose this motion being granted.

9. Mr. Houle agrees to waive speedy trial.

**DEFENDANT, BRUCE A. HOULE**, respectfully requests the court to schedule the trial during April 2017, if that is acceptable to the court, or a later date that is acceptable to the court.

**WHEREFORE DEFENDANT, BRUCE A. HOULE,** respectfully requests the court to continue the case to April 2017, or a later date.

Respectfully submitted:

/s/ Ronald W. Johnson

_____

**RONALD W. JOHNSON**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to Tiffany H. Eggers, Assistant United States Attorney, Wilmer Parker, III, Defense Counsel for Anthony J. Atkins, and David A Kettel, Defense Counsel for Samuel D. Cobb on December 29, 2016.

/s/ Ronald W. Johnson
_____
**RONALD W. JOHNSON**
**ron@rwj-law.com**
Ronald W. Johnson, P.A.
114 E. Gregory Street
Pensacola, FL  32502
Telephone:  850-438-1400
Facsimile:  850-434-2600
Attorney for Defendant
Florida Bar No.:  166489