# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:16cr96/RV

ANTHONY J. ATKINS
  a/k/a Tony Atkins
SAMUEL D. COBB
  a/k/a Sam Cobb
  and
BRUCE A. HOULE

## UNOPPOSED MOTION FOR SEVERANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to sever the above defendants for jury trial in this matter pursuant to Federal Rules of Criminal Procedure, Rule 14, and provides the following in support of the government's motion.

1. The Indictment in the pending case charges seven counts. (Doc. 3). All three defendants are charged in Counts One and Four. (Doc. 3). Defendants Anthony Atkins and Samuel Cobb are also jointly charged in Counts Two, Three, Five, and Six, and Atkins is solely charged in Count Seven. (Doc. 3).

2. In or about 2012, GulfSouth Private Bank hired Forensic Strategic Solutions, Inc., a private company, to conduct a review of activity that occurred among former GulfSouth officers and third parties. Thereafter, A.S. was utilized by Forensic Strategic Solutions to conduct said review. During the course of A.S.'s review, he interviewed defendants Anthony Atkins, Samuel Cobb, and Bruce Houle. During the course of the defendants' interviews, they made statements inculpating themselves and each other.[1] Further, in or about September 2012, defendant Houle was interviewed by federal agents.[2] During the course of Houle's interview by federal agents, he made a statement inculpating himself and defendant Cobb.

3. The government intends to use the defendants' statements during the course of their trials pursuant to Federal Rules of Evidence Rule, 801.

4. Defense counsel for each defendant has been consulted concerning this motion for severance and they do not object.

5. In the event each defendant goes to trial, the government anticipates that all three trials could be completed in less than two weeks, assuming a reasonable amount of cross-examination. That is, based upon the government's prior experience in similar type cases, the government anticipates the trial and testimony in each case could be completed in three days or less.

---

[1] Immediately following submission of this motion, the government will file a copy of the defendants' statements under seal with the Court so the Court has a copy of the statements to review as it considers this motion.

[2] A copy of Houle's statement to agents will also be filed under seal.

# **MEMORANDUM OF LAW**

The admission of a co-defendant's confession or statement at a joint trial violates a defendant's right to confrontation if the confession also incriminates the defendant. *Bruton v. United States*, 391 U.S. 123 (1968). The statement of each defendant that the government seeks to introduce incriminates either one or both of his co-defendants.

The government acknowledges that a co-defendant's confession may be admissible in a joint trial if redacted to eliminate all references to the defendant or his participation the crime. *Richardson v. Marsh*, 481 U.S. 200, 211 (1987); *United States v. Arias*, 984 F.2d 1139 (11th Cir. 1993). However, in this instance, the statements made by each defendant cannot be redacted without the statement losing context, relevance and/or significance to the pending charges of conspiracy and false statement. *Gray v. Maryland*, 523 U.S. 185 (1998); *United States v. Schwartz*, 541 F.3d 1331, 1350 (11th Cir. 2008).

WHEREFORE, the United States respectfully files this Motion to Sever pursuant to Federal Rules of Criminal Procedure, Rule 14.

        Respectfully submitted,

        CHRISTOPHER P. CANOVA
        United States Attorney

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney
        Florida Bar Number 193968
        21 E. Garden Street, Suite 400
        Pensacola, Florida 32502-5675
        (850) 444-4000

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that the undersigned has consulted counsel for each defendant and they do NOT object to the government's motion.

        *//s// Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this memorandum complies with the type-volume limitation of Local Rule 7.1(F) because this memorandum contains 727 words.

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed using the Court's CM/ECF system on this 11th day of January, 2017, and therefore, a copy will be emailed to counsel of record for each defendant.

                                               */s/ Tiffany H. Eggers*
                                               TIFFANY H. EGGERS
                                               Assistant United States Attorney