IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:16cr96/RV

ANTHONY J. ATKINS
  a/k/a Tony Atkins
SAMUEL D. COBB
  a/k/a Sam Cobb
  and
BRUCE A. HOULE

## MOTION REQUESTING AN ORDER WITHDRAWING AREST WARRANTS ISSUED IN Docs. 57-59

The United States of America requests this Court issue an Order withdrawing the arrest warrants issued in Docs. 57-59 and in support of this motion states as follows:

The government mistakenly requested that arrest warrants be issued for the co-defendants after the superseding indictment was returned in this case (Doc. 52).

1

WHEREFORE, the Government respectfully requests that the Court order that the arrest warrants (Docs. 57-59) be withdrawn in this matter.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney

*/s/ Edwin Knight*_____
Edwin Knight
Assistant U.S. Attorney
Florida Bar No. 0380156
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000
edwin.knight@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed using the Court's CM/ECF system on this 8th day of February, 2017, and therefore, a copy will be emailed to counsel of record for each defendant.

*/s/ Edwin Knight*_____
Edwin Knight
Assistant United States Attorney

## **ORDER**

The Government's motion is granted.

DONE AND ORDERED this the_____day of February 2017.

_____
Honorable Charles J. Kahn, Jr.
United States Magistrate Judge